1  BRADLEY E. SCHWAN, Bar No. 246457
   bschwan@littler.com
2  JANNINE E. KRANZ, Bar No. 272389
   jkranz@littler.com
3  LITTLER MENDELSON P.C.
   2049 Century Park East, 5th Floor
4  Los Angeles, California  90067.3107
   Telephone:  310.553.0308
5
   BRITTANY L. MCCARTHY, Bar No. 285947
6  blmccarthy@littler.com
   WARSAME Y. HASSAN, Bar No. 330018
7  wyhassan@littler.com
   LITTLER MENDELSON, P.C.
8  501 W. Broadway, Suite 900
   San Diego, California 92101.3577
9  Telephone:  619.232.0441

10 Attorneys for Defendant
   HOMEGOODS LLC
11
   LIZETTE RODRIGUEZ, ESQ.
12 lizette@tomorrowlaw.com
   BIBIYAN LAW GROUP, P.C.
13 1460 Westwood Boulevard
   Los Angeles, California 90024
14 Tel: (310) 438-5555

15 Attorneys for Plaintiffs
   BRIANNA BECERRA and MELISSA
16 PONTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA BECERRA and MELISSA PONTON, individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEGOODS LLC, a Delaware limited liability company; EMMA HEATH, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00381-BAM<br><br>**JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION, DISMISS CLASS CLAIMS, AND STAY MATTER; ORDER** |

Subject to the approval of this Court, Plaintiffs BRIANNA BECERRA and MELISSA PONTON ("Plaintiffs") and Defendant HOMEGOODS, LLC ("HomeGoods"), (collectively the "Parties") hereby stipulate to and jointly move to dismiss the class claims, submit the matter to binding arbitration, and stay the action.

**RECITALS**

1. Plaintiffs are former employees of HomeGoods, LLC.

2. At the time each of the Plaintiffs were hired, they each entered a Binding Arbitration Agreement ("Agreement"), in which the parties mutually agreed that any claims arising out of or related to Plaintiffs' employment with HomeGoods, including wage and hour claims, would be resolved by an arbitrator through individual, final and binding arbitration, and not by way of a court or jury trial. The Agreement also contains an enforceable class action waiver.

3. On February 20, 2022, Plaintiffs filed a Class Action Complaint in the Superior Court of the State of California for the County of Tulare. Defendants timely removed the matter to the United States District Court, Eastern District of California. (ECF No. 1.)

4. Following Plaintiff's filing and service of the Complaint, the Parties began the meet and confer process relating to the Arbitration Agreement. As a result of the meet and confer process, the Parties have agreed to submit Plaintiff's individual wage and hour claims in this lawsuit to binding arbitration pursuant to the Agreement, except as modified or clarified by this stipulation, and dismiss the class claims without prejudice.

5. The Parties further agree that Plaintiffs' remaining action should be stayed while the Plaintiffs arbitrate their wage and hour claims.

6. Therefore, the Parties stipulate and agree, and make this joint motion to the Court for an order dismissing the class claims without prejudice, compelling Plaintiff's individual claims to arbitration, and staying this action pending resolution of the matter in arbitration.

7. The Parties agree to meet and confer to mutually agree on an arbitrator who may work for any service (either JAMS Mediation, Arbitration and ADR Services, or to Judicate West Alternative Dispute Resolution), however if the Parties are unable to reach mutual agreement, the terms of the Arbitration Agreement shall apply and Plaintiffs may submit to AAA.

8. This Stipulation may be executed in counterparts, and signatures transmitted via facsimile or electronic mail shall be deemed original signatures for filing purposes.

9. This Court should retain jurisdiction over the Action to confirm, correct, or vacate any arbitration award under 9 U.S.C. section 9. All pending hearings, conferences with the Court, and deadlines in the above-captioned Action shall therefore be taken off calendar (including the Scheduling Conference), and the Action shall be stayed pending the completion of the arbitration proceeding. The Parties agree that the Court may set follow-up status conferences as necessary.

## **STIPULATION AND MUTUAL AGREEMENT TO ARBITRATE**

1. The Parties jointly request dismissal of the class claims, without prejudice.

2. Plaintiffs agree to submit their individual wage and hour claims as set forth in the Complaint to binding arbitration.

3. The Parties agree that the Court should stay this action pending the completion of arbitration.

4. The Scheduling Conference is vacated in light of the agreement to proceed in arbitration; and

5. The Court shall retain jurisdiction over the matter to confirm, correct, or vacate any arbitration award under 9 U.S.C. section 9.

///

///

///

| | |
|---|---|
| Dated:  August 12, 2025 | BIBIYAN LAW GROUP |
| | */s/ Lizette Rodriguez* <br> Lizette Rodriguez |
| | Attorneys for Plaintiffs BRIANNA BECERRA AND MELISSA PONTON |
| Dated:  August 14, 2025 | LITTLER MENDELSON, P.C. |
| | */s/ Brittany L. McCarthy* <br> Brittany L. McCarthy |
| | Attorneys for Defendant HOMEGOODS LLC |

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs, and I have obtained authorization to affix the electronic signature to this document.

Dated:  August 12, 2025                                   */s/ Brittany L. McCarthy*
                                                                              Brittany L. McCarthy

# ORDER TO SUBMIT MATTER TO ARBITRATION, DISMISS CLASS CLAIMS, AND STAY ACTION

Having reviewed and considered the parties Joint Stipulation to Submit Matter to Arbitration, Dismiss Class Claims, and Stay Matter ("Motion"), and for good cause shown, the Court GRANTS the motion.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiffs' class claims are DISMISSED, without prejudice.

2. Plaintiffs' remaining individual wage and hour claims are to be arbitrated pursuant to the Parties' arbitration agreement and joint stipulation.

3. The case is STAYED pending completion of arbitration. The Parties are ordered to provide an update to the Court within five business days of either resolution or completion of arbitration.

4. The Court shall retain jurisdiction over the matter to confirm, correct, or vacate any arbitration award under 9 U.S.C. section 9.

IT IS SO ORDERED.

Dated: August 14, 2025

_____
UNITED STATES DISTRICT JUDGE